UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REVEREND WESLEY CRAWFORD SR., | No. 2:14-cv-2725 JAM AC (PS) |
| Plaintiff, | |
| v. | ORDER |
| LISA M. MOORE, | |
| Defendant. | |

Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On April 13, 2015, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. (ECF No. 13) Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 13, 2015 (ECF No. 13), are adopted in full;

2. Defendant's motion to dismiss (ECF No. 7) is granted as follows:

1

      a. The claim against Moore under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e, et seq., is dismissed with prejudice;

      b. The claim under Section 1981, 42 U.S.C. § 1981, is dismissed with prejudice;

      c. The claim under Section 1983, 42 U.S.C. § 1983, for violation of the Due Process Clause of the Fourteenth Amendment of the U.S. Constitution, is dismissed with leave to amend within 30 days;

      d. The claim under Section 1983, 42 U.S.C. § 1983, for violation of the Equal Protection Clause of the Fourteenth Amendment of the U.S. Constitution, is dismissed with prejudice;

      e. That the claim under Section 1983, 42 U.S.C. § 1983, for violation of the Due Process Clause of the Fifth Amendment of the U.S. Constitution, is dismissed with prejudice;

      f. The claim under Title II of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000a, et seq., is dismissed with prejudice; and

      g. The claim under Section 8(f), 29 U.S.C. § 158(f), is dismissed with prejudice.

DATED: June 12, 2015

      /s/ John A. Mendez_____

      UNITED STATES DISTRICT COURT JUDGE