UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REV. WESLEY CRAWFORD SR., | No. 2:14-cv-2725 JAM AC (PS) |
| Plaintiff, | |
| v. | ORDER |
| LISA M. MOORE, | |
| Defendant. | |

This Order amends the Order of October 6, 2015 (ECF No. 19), to require plaintiff to respond to the motion to dismiss no later than **October 14, 2015**, fourteen days before the hearing date.

This action was referred to the undersigned by Local Rule 302(c)(21). On July 20, 2015, defendant filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). ECF No. 17. Apparently in response, plaintiff has filed a letter with the subject line "Prison reform after parole has ended / Human Rights Violations." ECF No. 18. However, plaintiff has filed no opposition, nor statement of non-opposition, to the motion to dismiss.

Local Rule 230(c) provides that opposition to the granting of a motion must be filed fourteen days preceding the noticed hearing date. The Rule further provides that "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if written opposition to the motion has not been timely filed by that party." In addition, Local Rule 230(j) provides that

1

failure to appear may be deemed withdrawal of opposition to the motion or may result in sanctions.  Finally, Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Good cause appearing, IT IS HEREBY ORDERED that:

1. The hearing date of October 14, 2015 is VACATED.  The hearing on defendant's motion to dismiss is continued to October 28, 2015 at 10:00 a.m. in Courtroom No. 26.

2. Plaintiff shall file an opposition, or a statement of non-opposition, to the motion to dismiss, no later than **October 14, 2015** at 4:30 p.m.  Failure to file opposition and appear at the hearing will be deemed as a statement of non-opposition and shall result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

DATED:  October 7, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE