UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REV. WESLEY CRAWFORD SR., | No. 2:14-cv-2725 JAM AC (PS) |
| Plaintiff, | |
| v. | ORDER |
| LISA M. MOORE, | |
| Defendant. | |

This action was referred to the undersigned by Local Rule 302(c)(21). Plaintiff has now voluntarily dismissed this case without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). See ECF No. 21.

Accordingly, IT IS HEREBY ORDERED that:

1. The October 28, 2015 hearing date on defendant's motion to dismiss (ECF No. 17), is VACATED; and

2. The Clerk of the Court shall close this case.

DATED: October 15, 2015

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE